United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11984-mdc |
| Hubert Dean Moore, Jr. | Chapter 13 |
| AnnMarie Fletcher-Moore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 24, 2023 | Form ID: 167 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hubert Dean Moore, Jr., AnnMarie Fletcher-Moore, 618 Meadow Drive, West Chester, PA 19380-6235 |
| 14623048 | + | Anthony M. Brichta, Esq., Buckley Brion McGuire et al, 118 W. Market Street, Suite 300, West Chester, PA 19382-2902 |
| 14703898 | + | East Goshen Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14704203 | + | East Goshen Township, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14623049 | + | East Goshen Township, 1580 Paoli Pike, West Chester, PA 19380-6107 |
| 14649829 | + | East Goshen Township, C/O LOUIS B. KUPPERMAN, Buckley, Brion, McGuire & Morris LLP, 118 W. Market Street, Ste. 300, West Chester, PA 19382-2902 |
| 14703902 | + | East Goshen Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14627290 | + | East Goshen Township, c/o Roger P. Cameron, Esquire, BUCKLEY, BRION,MCGUIRE & MORRIS LLP, 118 West Market Street, Suite 300, West Chester, PA 19382-2902 |
| 14625321 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14737664 | + | Flagship Credit Acceptance, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14623052 | | LSF9 Master Part. c/o Fay Servicing, LLC, PO Box 650856, Dallas, TX 75265-0856 |
| 14789573 | + | U.S. Bank Trust National Association, as trustee, C/O Mark A. Cronin, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jul 24 2023 23:09:04 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14623050 | | Email/Text: ECF@fayservicing.com | Jul 24 2023 23:12:00 | Fay Servicing, LLC, 1601 Lyndon B Johnson Fwy, Dallas, TX 75234 |
| 14649587 | ^ | MEBN | Jul 24 2023 23:09:05 | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC, as servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 14623051 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 24 2023 23:12:00 | Flagship Credit Acceptance, Po Box 3807, Coppell, TX 75019-5877 |
| 14637296 | ^ | MEBN | Jul 24 2023 23:09:03 | U.S. Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14649822 | ^ | MEBN | Jul 24 2023 23:09:05 | U.S. Bank Trust National Association, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |

TOTAL: 6

Case 21-11984-mdc Doc 89 Filed 07/26/23 Entered 07/27/23 00:33:09 Desc Imaged
Certificate of Notice Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 24, 2023 | Form ID: 167 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | East Goshen Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| cr | *+ | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 14625463 | *+ | Fay Servicing, LLC, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14737631 | *+ | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor East Goshen Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JONATHAN C. SCHWALB | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association bankruptcy@friedmanvartolo.com |
| JOSEPH L QUINN | on behalf of Debtor Hubert Dean Moore Jr. CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor AnnMarie Fletcher-Moore CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association lmoyer@friedmanvartolo.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| ROGER FAY | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Flagship Credit Acceptance ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Jul 24, 2023     Form ID: 167     Total Noticed: 18
TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Hubert Dean Moore, Jr. and
AnnMarie Fletcher−Moore
    Debtor(s)

Case No: 21−11984−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust

on: 8/22/23

at: 10:30 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

Date: 7/24/23

For The Court

Timothy B. McGrath
Clerk of Court

88 − 87
Form 167