United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11984-amc
Hubert Dean Moore, Jr.  Chapter 13
AnnMarie Fletcher-Moore
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Aug 29, 2024     Form ID: pdf900     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hubert Dean Moore, Jr., AnnMarie Fletcher-Moore, 618 Meadow Drive, West Chester, PA 19380-6235 |
| cr | + | East Goshen Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14623052 | | LSF9 Master Part. c/o Fay Servicing, LLC, PO Box 650856, Dallas, TX 75265-0856 |
| 14789573 | + | U.S. Bank Trust National Association, as trustee, C/O Mark A. Cronin, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 30 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Aug 30 2024 00:07:15 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/Text: bankruptcy@flagshipcredit.com | Aug 30 2024 00:18:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 30 2024 00:17:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170 |
| 14637296 | ^ | MEBN | Aug 30 2024 00:07:08 | U.S. Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14649822 | ^ | MEBN | Aug 30 2024 00:07:18 | U.S. Bank Trust National Association, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 29, 2024 | Form ID: pdf900 | Total Noticed: 11 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor East Goshen Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JONATHAN C. SCHWALB | on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association bankruptcy@friedmanvartolo.com |
| JOSEPH L QUINN | on behalf of Debtor Hubert Dean Moore  Jr. CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor AnnMarie Fletcher-Moore CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association bkecf@friedmanvartolo.com |
| ROGER FAY | on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Flagship Credit Acceptance wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Hubert Dean Moore, Jr. aka H Dean Moore aka Dean Moore<br>AnneMarie Fletcher-Moore fka AnnMarie Fletcher<br><br>　　　　　　　　　　Debtors<br><br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust<br><br>　　　　　　　　　　Moving Party<br>　　vs.<br><br>Hubert Dean Moore, Jr. aka H Dean Moore aka Dean Moore<br>AnneMarie Fletcher-Moore fka AnnMarie Fletcher<br><br>　　　　　　　　　　Debtors<br><br>Kenneth E. West<br><br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 21-11984 AMC<br><br><br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.　As of August 8, 2024, the post-petition arrearage on the mortgage held by Movant on Debtors' residence is **$4,794.86**. Post-petition funds received after August 8, 2024, will be applied per the terms of this Stipulation as outlined herein. The arrearage is itemized as follows:

| | |
|---|---|
| Post-Petition Payments: | July 2024 through August 2024 at $2,397.69, each |
| Suspense Balance: | ($0.52) |
| **Total Post-Petition Arrears:** | **$4,794.86** |

2.　The Debtors shall cure said arrearages in the following manner:

　　a). Beginning September 2024 and continuing through January 2025, Debtors shall pay the present regular monthly payment of **$2,397.69** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$799.15** towards the arrearages on or before the last day of each month, with a final installment payment of **$799.11** due February 2025, at the address below:

　　　　Fay Servicing, LLC
　　　　PO Box 814609
　　　　Dallas, TX 75381-4609

b). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should Debtors provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this Stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

5. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

9. The prior stipulation approved on March 22, 2022, remains in full force and effect.

Date: August 9, 2024  By: /s/ Denise Carlon
                          Denise Carlon, Esquire
                          Attorney for Movant

Date: August 22, 2024     /s/ Joseph L Quinn
                          Joseph L Quinn
                          Attorney for Debtors

                          No Objection
                          /s/ LeeAne O. Huggins
Date: August 23, 2024
                          Kenneth E. West
                          Chapter 13 Trustee

Approved by the Court this 29th day of August, 2024. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan