**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Hubert Dean Moore, Jr. aka H Dean Moore aka Dean Moore
AnneMarie Fletcher-Moore fka AnnMarie Fletcher
Debtors

Chapter 13

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust
Movant
v.

NO. 21-11984 DJB

11 U.S.C. Section 362

Hubert Dean Moore, Jr. aka H Dean Moore aka Dean Moore
AnneMarie Fletcher-Moore fka AnnMarie Fletcher
Debtors

Kenneth E. West
Trustee

**ORDER**

AND NOW, this day of , 2026 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 29, 2024, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 618 Meadow Drive, West Chester, PA 19380 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

**Date: September 14, 2026**

United States Bankruptcy Judge.